IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARBIN CRUZ-GONZALEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:25-194 |
| MICHAEL UNDERWOOD, WARDEN FCI ) | Judge Nora Barry Fischer |
| LORETTO, ) | Magistrate Judge Keith A. Pesto |
| ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

AND NOW, this 27th day of January, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on December 12, 2025, (Docket No. 14), recommending that the § 2241 habeas petition filed by Petitioner Marbin Cruz-Gonzalez be denied with prejudice because he is ineligible for earned time credits due to a final order of removal from Immigration and Customs Enforcement, and directed that objections were due within 14 days such that objections for non-ECF users were due by December 29, 2025, no objections having been filed as of the date of this Order, this matter having been recently reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's December 12, 2025 Report and Recommendation, (Docket No. 14),

IT IS HEREBY ORDERED that the December 12, 2025 Report and Recommendation [14] is ADOPTED as the Opinion of the Court;

IT IS FURTHER ORDERED that the Petition [5] is DENIED because Petitioner has not shown that he is entitled to earned time credits as he is a non-citizen subject to a final order of

removal issued by Immigration Judge Mario J. Sturla on August 28, 2019, (Docket No. 12-3 at 2). *See e.g., Pisman v. Warden Allenwood FCI Low*, No. 23-2048, 2023 WL 6618238, at *1 (3d Cir. Oct. 11, 2023) ("Contrary to his argument, Pisman, a foreign citizen assigned a "deportable alien" public safety factor on whom Immigration and Customs Enforcement has a detainer, is ineligible to use earned time credits for immediate release to residential re-entry programs or home confinement, pursuant to BOP regulations."); *Said v. Underwood*, No. 3:23-CV-00164, 2025 WL 90145, at *2 (W.D. Pa. Jan. 14, 2025) ("the Court concludes that Petitioner is ineligible to apply earned time credits under 18 U.S.C. § 3632(d)(4)(E) and will deny the Petition on that basis" as he is subject to a final order of removal). Hence, his § 2241 petition must be denied. *Montano v. Peters et al.*, Civ. A. No. 3:24-cv-143-NBF-KAP, Docket No. 8 (W.D. Pa. Sept. 30, 2025) (denying § 2241 petition of inmate challenging computation of sentence for no earned time credits as he was non-citizen paroled into the United States for drug trafficking prosecution and subject to final order of removal);

IT IS FURTHER ORDERED that no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition, he need not obtain a certificate of appealability"); and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

<u>s/Nora Barry Fischer</u><br>
Nora Barry Fischer, Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto

cc:     Marbin Cruz-Gonzalez, Reg. No. 88455-509
         F.C.I. Loretto
         P.O. Box 1000
         Cresson, PA 16630 (via first class mail)